UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,

                              CASE NO. 17-mc-50300

v.                              HON. GEORGE CARAM STEEH

TAKATA CORPORATION,

        Defendant.

_____/

## ORDER DENYING MOTIONS TO ESTABLISH
## CRIME VICTIM STATUS (Doc. 8 and 9)

On February 27, 2017, Takata Corporation ("Takata") pled guilty to

one count of wire fraud in violation of 18 U.S.C. § 1343, arising out of its

fraudulent misrepresentations regarding its defective airbag inflators to

Original Equipment Manufacturers ("OEMs").   On the same date, the court

entered a Restitution Order requiring, among other things, that Takata pay

restitution in the amount of $125,000,000 to the individuals who suffered or

will suffer personal injury caused by the malfunction of a Takata airbag

inflator who have not already resolved their claims against Takata.   Now

before the court are two motions (Doc. 8 and 9) filed *pro se* by Oleg Yarin.

Yarin seeks an order from this court and a designation by the United States

Attorney's Office establishing that he is the victim of crimes perpetuated by Takata because his automobile has allegedly been fitted with a defective Takata airbag. Yarin does not allege that he suffered any personal injury as a result of a defective Takata airbag inflator. As a result, Yarin is not covered by the Restitution Order. Accordingly, Yarin's motions (Doc. 8 and 9) are DENIED.

**IT IS SO ORDERED**.

Dated: August 28, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 28, 2017, by electronic and/or ordinary mail and also on Oleg Yarin, 7360 Ulmerton Road, Apt. 3C, Largo, FL 33771.

s/Barbara Radke
Deputy Clerk