UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                      CASE NO. 17-mc-50300
v.                          HON. GEORGE CARAM STEEH

TAKATA CORPORATION,

        Defendant.
_____/

**ORDER DENYING OLEG YARIN'S
MOTION FOR RECONSIDERATION (Doc. 12)**

On August 28, 2017, this court denied two motions filed *pro se* by Oleg Yarin seeking an order from this court and a designation by the United States Attorney's Office establishing that he is the victim of crimes perpetuated by Takata Corporation ("Takata"). Yarin does not allege that he suffered any personal injury as a result of a defective Takata airbag inflator malfunction, but alleges that he has suffered economic, health and emotional damages because his automobile was allegedly fitted with a faulty Takata airbag inflator. The court previously determined that Yarin is not covered by the Restitution Order and was not entitled to crime victim status. Now before the court is Yarin's third motion for a ruling that he is a

-1-

crime victim which the court construes as a motion for reconsideration.

The court will also deny Yarin's motion for reconsideration. Local Rule 7.1(h)(3) provides that a court will not grant motions for reconsideration "that merely present the same issues ruled upon by the court, either expressly or by reasonable implication." The movant bears a heavy burden and "must not only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case." *Id.; see DirecTV, Inc. v. Karpinsky*, 274 F. Supp. 2d 918, 921 (E.D. Mich. 2003). Having failed to meet this heavy burden, Yarin's motion for reconsideration (Doc. 12) is DENIED.

**IT IS SO ORDERED**.

Dated: September 18, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 18, 2017, by electronic and/or ordinary mail and also on Oleg Yarin, 7360 Ulmerton Road, Apt. 3C, Largo, FL 33771.

s/Barbara Radke
Deputy Clerk