UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                         CASE NO. 17-mc-50300
v.                                 HON. GEORGE CARAM STEEH

TAKATA CORPORATION,

       Defendant.
_____/

## ORDER DENYING OLEG YARIN'S
## MOTION FOR RECONSIDERATION (Doc. 19)

Pro se petitioner Oleg Yarin has filed an untimely motion for reconsideration of the court's prior order denying him *in forma pauperis* status on appeal. This Court previously certified that any appeal from the Court's decisions denying him crime victim status would be frivolous, and not in good faith, and therefore, pursuant to 28 U.S.C. § 1915(a)(3), the Court denied Petitioner *in forma pauperis* status on appeal. Petitioner has failed to show a palpable defect by which the Court has been misled, but merely presents the same issues previously ruled upon by the Court.

Accordingly, Petitioner's motion for reconsideration (Doc. 19) is DENIED.

**IT IS SO ORDERED**.

Dated: February 1, 2018

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 1, 2018, by electronic and/or ordinary mail and also on Oleg Yarin, 7360 Ulmerton Road, Apt. 3C, Largo, FL 33771.

s/Barbara Radke
Deputy Clerk

---