UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                    CASE NO. 17-mc-50300
v.                                HON. GEORGE CARAM STEEH

TAKATA CORPORATION,

        Defendant.
_____/

**ORDER STRIKING OLEG YARIN'S MOTION
TO PROCEED IN FORMA PAUPERIS ON APPEAL (Doc. 21)**

     Now before the court is Oleg Yarin's pro se motion to proceed in forma pauperis on appeal.  Yarin filed a prior motion seeking the same relief on October 2, 2017, (Doc. 17) which this court denied on the basis that there was no good faith basis for the appeal.  (Doc. 18).  Yarin then filed a motion for reconsideration, (Doc. 19), which this court also denied.  (Doc. 20).  Yarin is asking the court to revisit the issue it has twice decided.  There is no provision in the Federal Rules of Civil Procedure or Local Rules which allows a litigant, even a pro se litigant, to refile the same request three times.  Accordingly, the Clerk is directed to STRIKE

Document 21 as improvidently filed.

**IT IS SO ORDERED**.

Dated:   February 15, 2018

           <u>s/George Caram Steeh     </u>
           GEORGE CARAM STEEH
           UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 14, 2018, by electronic and/or ordinary mail and also
on Oleg Yarin, 7360 Ulmerton Road, Apt. 3C,
Largo, FL 33771.

<u>s/Barbara Radke</u>
Deputy Clerk

---