UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                   CASE NO. 17-mc-50300
v.                                HON. GEORGE CARAM STEEH

TAKATA CORPORATION,

       Defendant.
_____/

**ORDER STRIKING OLEG YARIN'S MOTION**
**TO PROCEED IN FORMA PAUPERIS ON APPEAL (Doc. 23)**

Now before the court is Oleg Yarin's pro se motion to proceed in forma pauperis on appeal. Yarin filed three prior motions seeking the same relief (Doc. 17, 20, 21) which this court denied on the basis that there was no good faith basis for the appeal or grounds for reconsideration of the court's prior orders. Yarin is asking the court to revisit the issue it has thrice decided. There is no provision in the Federal Rules of Civil Procedure or Local Rules which allows a litigant, even a pro se litigant, to refile the same request four times. Accordingly, the Clerk is directed to

STRIKE Document 23 as improvidently filed.

**IT IS SO ORDERED**.

Dated: February 27, 2018

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 27, 2018, by electronic and/or ordinary mail and also on Oleg Yarin, 7360 Ulmerton Road, Apt. 3C, Largo, FL 33771.

s/Barbara Radke
Deputy Clerk