UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        CASE NO. 17-mc-50300
        HON. GEORGE CARAM STEEH

TAKATA CORPORATION,

        Defendant.

_____/

**ORDER DENYING OLEG YARIN'S MOTIONS (Doc. 27, 28, 29, 33) AND ENJOINING OLEG YARIN FROM FILING FURTHER MOTIONS**

On March 16, 2017, pro se petitioner Oleg Yarin filed a motion for "crime victim status" seeking to be recognized as an interested party in a criminal case against Takata Corporation ("Takata"). (Doc. 8). In the criminal case, Takata pleaded guilty to wire fraud arising out of its sale of faulty airbag inflators, and agreed to make restitution to automobile manufacturers who were victims of Takata's wire fraud scheme, and to pay restitution to individuals who suffered personal injury caused by the malfunction of a Takata airbag inflator. This court denied Yarin's motion for crime victim status because he does not allege that he suffered any

-1-

personal injury as a result of a defective Takata airbag inflator. (Doc. 11). Following that order, Yarin filed two motions for reconsideration (Doc. 12 and 19) which this court denied as frivolous. (Doc. 13 and 20). Yarin then filed a motion for the court to clarify its prior order (Doc. 25) which this court also denied. (Doc. 26). Yarin then filed a third motion for reconsideration (Doc. 27), a motion for an order requiring registration of certain Takata airbag inflators as destructive devices (Doc. 28), a motion for acceptance as true important safety recall notice (Doc. 29), and a motion requesting that this court rule on the previously filed motions. (Doc. 33). None of these motions are permitted under the Local Rules or the Federal Rules of Civil Procedure. All of the motions are frivolous and lack any merit.

Accordingly, Yarin's motions (Doc. 27, 28, 29, and 33) hereby are DENIED as frivolous.

IT IS FURTHER ORDERED that pursuant to the All Writs Act, 28 U.S.C. § 1651, Yarin is ENJOINED from filing any other motions in this criminal case without obtaining leave of court. To obtain leave, Yarin must initially comply with all of the following requirements:

1. He must file a "Motion Pursuant to Court Order Seeking Leave to File" with any proposed motion or request; and

2. As an exhibit to that motion, he must attach a declaration prepared pursuant to 28 U.S.C. § 1746 or a sworn affidavit certifying that the document he wishes to present is a new issue which has never been raised by him in court.

Failure to comply with these terms may itself be grounds for denying any motion for leave to file. Compliance with these terms does not, of itself, constitute grounds for granting leave to file.

Furthermore, this court certifies that any appeal from this decision would be frivolous, not in good faith and, therefore, pursuant to 28 U.S.C. § 1915(a)(3), may not be taken *in forma pauperis*.

**IT IS SO ORDERED**.

Dated: October 18, 2018

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 18, 2018, by electronic and/or ordinary mail and also on Oleg Yarin, 7360 Ulmerton Road, Apt. 3C, Largo, FL 33771.

s/Barbara Radke
Deputy Clerk